

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton312-435-5670
Clerk

Date: 6/13/2023Case Number: 23-cv-3617

Case Title: Unknown v. UnknownJudge: Unassigned

## DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW

- [✔] Document entered in error.
- [ ] Document withdrawn or removed per court order of
- [ ] Incorrect document linked.
- [ ] Other:
- [ ] Removed per IOP30(b).

Thomas G. Bruton, Clerk

By: /s/ Paula Harrison
Deputy Clerk

Rev. 11/29/2016