

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton  312-435-5670
Clerk

Date: 6/13/2023              Case Number: 23-cv-3617

Case Title: Unknown v. Unknown      Judge: Unassigned

### DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW

☑ Document entered in error.

☐ Document withdrawn or removed per court order of

☐ Incorrect document linked.

☐ Other:

☐ Removed per IOP30(b).


Thomas G. Bruton, Clerk

By: /s/ Paula Harrison
      Deputy Clerk

Rev. 11/29/2016